THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **He Li** | ) | |
| **Changai Zhuo** | ) | Case No:_____ |
| **Zehao Li** | ) | |
| 403 King Rail Court | ) | |
| Middletown, DE 19709 | ) | |
| Plaintiffs | ) | |
| Vs. | | |
| **Michael Chertoff**, Secretary of the Department of | ) | |
| Homeland Security; **Emilio T. Gonzalez**, Director of | ) | |
| U.S. Citizenship & Immigration Services (USCIS); | ) | |
| **Paul E. Novak, Jr.**, Vermont Service Center Director, | ) | |
| U.S. Citizenship & Immigration Services; | ) | |
| **Robert S. Mueller**, Director of Federal Bureau of | ) | |
| Investigation | ) | |
| Defendants | ) | |

COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS AND
DECLARATORY JUDGEMENT

NOW come the Plaintiffs, He Li, Changai Zhuo and Zehao Li, by and through *Pro Se* in

the above-captioned matter, and hereby states as follows:

1.    This action is brought against the Defendants to compel action on the clearly delayed

processing of employment-based I-485 petitions, Applications to Adjust To Permanent

Resident Status, filed for the Plaintiffs, He Li, Changai Zhuo and Zehao Li.  The

applications were filed with Vermont Service Center (VSC) of the USCIS and remain

within the jurisdiction of the defendants, who have improperly delayed processing the

1

application to Plaintiffs' detriment. This action is a petition for a statutory relief pursuant to law including US Constitution, Mandamus Act (28 U.S.C. §1361), Declaratory Judgment Act (28 U.S.C. §2201), and the Administrative Procedures Act (5 U.S.C. §551 *et seq.*).

## PARTIES

2.    Plaintiffs, He Li, Changai Zhuo and Zehao Li, reside at 403 King Rail Court, Middletown, DE 19709, are the beneficiaries of the I-485 petitions, Application to Adjust To Permanent Resident Status, filed with USCIS.  Plaintiff He Li is the primary applicant of the I-485 petitions, and Plaintiffs Changai Zhuo and Zehao Li are the dependent applicants of the I-485 petitions as wife and son of the primary applicant (Plaintiff He Li), respectively.

3.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC §1103(a).  More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of application for non-immigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4    Defendant Emilio T. Gonzalez, Director of U.S. Citizenship & Immigration Services

2

(USCIS), is an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B).

5.   Defendant Paul E. Novak, Jr., Vermont Service Center Director, is an official of the U.S. Citizenship & Immigration Services (USCIS) generally charged with authority over operations of the USCIS within his Service Center including the processing of employment-based immigration petitions, as such, he has decision-making authority over the matters alleged in this Complaint.

6.   Defendant Robert S. Mueller is Director of Federal Bureau of Investigation, the law enforcement agency that conducts security clearances for other US government agencies, such as Department of States, USCIS. As will be shown, Defendant has failed to complete the security clearance on Plaintiffs' cases.

JURISDICTION

7.   Jurisdiction in this case is proper under 28 U.S.C. §1331 (Federal question statue), 28 U.S.C. §1361 (Mandamus Act), 28 U.S.C. §2201 (Declaratory Judgment Act), and 5 U.S.C. §701 et seq. (Administrative Procedures Act).  Relief is requested pursuant to said statutes.

8.   There are no administrative remedies available to Plaintiffs to redress the grievances described herein. This action challenges only the Defendants' timeliness in adjudication of Adjustment of Status petition, not the granting or denial of petition, therefore the jurisdictional limitation of 8 U.S.C. §1252 does not apply.

VENUE

9.   Venue is proper in this court, pursuant to 28 U.S.C. §1391(e), because Defendants

operate within this district and Plaintiffs reside in this district.

## EXHAUSTION OF REMEDIES

10.    The Plaintiffs have exhausted their administrative remedies. The Plaintiffs have supplied

the USCIS documents that clearly establish their eligibility to Adjust To Permanent

Resident Status.

## CAUSE OF ACTION

11.    The I-485 petitions pertaining in this action, Application to Adjust To Permanent

Resident Status, were properly filed with USCIS, pursuant to Section 245 of the

Immigration & Nationality Act (INA §245), with concurrent filing of I-140 in EB2

employment-based category.

12.    The I-485 applications to Adjust To Permanent Resident Status, along with supporting

documentation, were filed in Vermont Service Center of USCIS, on April 10, 2004. Each

Plaintiff was issued a Receipt Notice on April 15, 2004. The Receipt Number for Plaintiff

He Li is EAC-04-144-50517, the Receipt Number for Plaintiff Changai Zhuo is EAC-04-

144-50539, and the Receipt Number for Plaintiff Zehao Li is EAC-04-144-50555.

[Exhibit 1]

13.    Petition I-140 for Plaintiff He Li as a primary applicant was approved on April 6, 2005.

[Exhibit 2]

14.    Fingerprints of Plaintiffs He Li, Changai Zhuo and Zehao Li were collected and

submitted to the USCIS on or about March 16, 2005. [Exhibits 3]

15.    USCIS of the Department of Homeland Security publishes processing dates on I-485,

Application to Adjust To Permanent Resident Status, every month online at

https://egov.immigration.gov/cris/jsps/Processtimes.jsp?SeviceCenter=Vermont.

Vermont Service Center, where Plaintiffs' I-485 applications filed and still remain, is

processing, as of December 3, 2006, Adjust To Permanent Resident Status cases with

receipt date of February 15, 2006, while Plaintiffs' receipt date is April 10, 2004, *676*

*days* earlier than currently published processing dates. [Exhibit 4]

16.    Plaintiffs contacted USCIS many times in regard to delayed adjudication of I-485

petitions, Application to Adjust To Permanent Resident Status. On October 14, 2005,

Plaintiff He Li contacted USCIS regarding his I-485 adjudication being "Outside

Processing Time", and on November 29, 2005 was informed that the USCIS had not

completed background check and the adjudication of petition/application was delayed,

and USCIS can give no definite indication when they will be completed. [Exhibits 5]

17.    On November 04, 2005, Plaintiff He Li contacted USCIS in regard to delayed

adjudication of Plaintiff Zehao Li's I-485 petition, and Plaintiffs were informed, on

November 18, 2005, that "*The processing of your case has been delayed. We are*

*currently awaiting the results of required security checks on this cas*e." and also "*If you*

*do not receive a decision or other notice of action from us within 6 months of this letter,*

*please contact us by calling our customer service number provided below.*" [Exhibit 6]

18.    After six months of the above-mentioned USCIS case status letter, on June 13, 2006, the

USCIS was contacted about Plaintiff Changai Zhuo's I-485 petition, Application to

Adjust To Permanent Resident Status, and was informed again that "*The processing of*

*your case has been delayed. A check of our records establishes that your case is not yet*

*ready for decision, as the required investigation into your background remains ope*n."

and also "*If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.*" [Exhibit 7]

19.    Also after six months of the 11-15-2005 USCIS letter, on June 15, 2006, Plaintiff He Li again contacted USCIS about his improperly delayed adjudication of I-485 petition, Application to Adjust To Permanent Resident Status, and was informed again that "*The processing of your petition/application has been delayed.*" and also "*We can give no definite indication of when they will be completed.*"[Exhibit 8]

20.    On June 21, 2006, the Plaintiff He Li, through INFOPASS operated by USCIS, made an in person appointment with an immigration officer at USCIS Field Office in Dover, Delaware, to bring the USCIS' attention to the out-proportional delay in adjudication of Plaintiffs' I-485 petitions. Again, Plaintiffs were told by the immigration officer that background checks are not complete and the USCIS is not ready to adjudicate the I-485 applications. [Exhibit 9]

21.    USCIS Receipt Notice to each Plaintiff on I-485, Application to Adjust To Permanent Resident Status, indicates that "*It usually takes 365 to 540 days from the date of this receipt for us to process this type of case.*" (Exhibit 1). However, after *967 days* USCIS has not yet completed background checks on Plaintiffs, which evidently constitutes improper delays, despite Plaintiffs' continuous inquiries and reminders to USCIS about the out-proportionally delayed adjudication of Plaintiffs' I-485 applications.

22.    Plaintiffs also asked U.S. Congressman Michael N. Castle for assistance with their out-proportionally delayed I-485 petitions, and were informed by U.S. Congressman Castle

6

that the petitions were delayed due to pending name and date of birth check by the Federal Bureau of Investigation (FBI). [Exhibit 10]

23.    Plaintiffs also contacted FBI National Name Check Process (FBINNCP) via e-mail and fax, and provided sufficient evidence of their attempt to secure adjudication of I-485 applications at issue, all to no purpose. [Exhibit 11]

24.    Plaintiffs' fingerprints were submitted to USCIS on or about March 16, 2005, and now their fingerprints in file with USCIS are no longer valid as they exceed the 15 months rule of USCIS. USCIS requires valid fingerprints in file to adjudicate I-485 petitions. The out-proportional and improper delay in adjudication of Plaintiffs' I-485 petitions is self-evident by USCIS own regulations. No decision and delay were made on Plaintiffs' I-485 petitions to such a grave extent that even USCIS self-collected Plaintiffs' fingerprints in file went into expiration. The inaction of the USCIS causes damage to Plaintiffs' economic and emotional well-beings, as Plaintiffs have to be collected of Code 3 fingerprints one more time to proceed with adjudication of I-485 petitions. [Exhibit 12]

25.    The current case statuses of Plaintiffs' I-485 petitions by way of on-line website operated by USCIS at https://egov.immigration.gov/cris/jsps/index.jsp show that "*We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our VERMONT SERVICE CENTER location.*" The Processing Dates in Vermont Service Center published on-line shows that Plaintiffs' I-485 petitions category has Processing Dates of February 15, 2006 (Exhibit 4). Plaintiffs' filing date of April 10, 2004 constitutes *676 days* difference between the current Processing Date in VSC of USCIS and Plaintiffs' filing and Receipt Date. Evidently, it

indicates improper delays in adjudication of Plaintiffs' I-485 petitions, Application to Adjust To Permanent Resident Status. [Exhibit 13]

26.    The Defendants have failed to properly adjudicate Plaintiffs' I-485 petitions. They have failed to adhere to their own regulations and have improperly delayed the processing of Plaintiffs' I-485 applications after Plaintiffs had submitted properly executed applications. It has been over *967 days* since Plaintiffs' I-485 petitions filed with VSC of USCIS.

27.    The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding action on the plaintiffs' applications and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' cases.

28.    Plaintiffs have been greatly damaged by the failure of the Defendants to act in accord with their duties under law. Specifically, the Plaintiffs, He Li, Changai Zhuo and Zehao Li, are unable to obtain legal permanent residence, travel and work without restriction, and accrue time to be eligible for Naturalization as a citizen of the United States.

PRAYER

29.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enters an order:

   (a)    requiring Defendants to properly adjudicate Plaintiffs' applications for action on approved petitions;

   (b)    requiring Defendants to provide Plaintiffs with Notice of Approval;

   (c)    granting such other relief at law and in equity as justice may require.

Date: <u>December 3, 2006</u>

Respectfully submitted,

He Li, Changai Zhuo and Zehao Li
Plaintiffs, *Pro Se*
403 King Rail Court
Middletown, DE 19709
Telephone (302) 378-8256
Li913@verizon.net

<u>List of Exhibits</u>

Exhibit 1.    Receipt notices for plaintiffs from VSC for I-485 applications

Exhibit 2.    Approval notice for I-140 petition for Plaintiff He Li

Exhibit 3.    Fingerprint notifications for Plaintiffs

Exhibit 4.    Processing dates on I-485 in VSC on December 3, 2006

Exhibit 5.    USCIS letter for Plaintiff He Li's I-485 on November 29, 2005

Exhibit 6.    USCIS letter for Plaintiff Zehao Li's I-485 on November 18, 2005

Exhibit 7.    USCIS letter for Plaintiff Changai Zhuo's I-485 on June 18, 2006

Exhibit 8.    USCIS letter for Plaintiff He Li's I-485 on June 29, 2006

Exhibit 9.    INFOPASS appointment receipt by Plaintiff He Li on June 21, 2006

Exhibit 10.   Plaintiffs' letter seeking assistance and inquiry result by U.S. Congressman

              Michael N. Castle on I-485 adjudication delay on behalf of Plaintiffs

Exhibit 11.   FBI name check inquiry e-mail and fax

Exhibit 12.   USCIS service center operations updates on May 24, 2005

Exhibit 13.   Plaintiffs' case status of I-485 by USCIS on-line website at
              https://egov.immigration.gov/cris/jsps/index.jsp

**Exhibit 1**

**Receipt notices for plaintiffs from VSC for I-485 applications**

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-04-144-50517 | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS | |
|---|---|---|
| RECEIVED DATE<br>April 10, 2004 | PRIORITY DATE | APPLICANT    A98 275 559<br><br>LI, HE |
| NOTICE DATE<br>April 15, 2004 | PAGE<br>1 of 1 | |

| | |
|---|---|
| JING TAN ESQ<br>LAW OFFICES OF TAN & ASSOCIATES<br>401 N WASHINGTON ST SUITE 500<br>ROCKVILLE MD 20850 | **Notice Type:**  Receipt Notice<br><br>Amount received: $  305.00<br><br>Section: Other basis for adjustment |

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**

Form I-797C (Rev. 11/28/03) N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-04-144-50539 | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|
| RECEIVED DATE April 10, 2004 | PRIORITY DATE | APPLICANT A98 275 560 ZHUO, CHANGAI |
| NOTICE DATE April 15, 2004 | PAGE 1 of 1 | |

| CHANGAI ZHUO 1010 SHELDON DR NEWARK DE 19711 | Notice Type: Receipt Notice<br><br>Amount received: $ 305.00<br><br>Section: Other basis for adjustment |
|---|---|

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 11/28/03) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-04-144-50555 | CASE TYPE   I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|
| RECEIVED DATE April 10, 2004 | PRIORITY DATE | APPLICANT   A98 275 561 LI, ZEHAO |
| NOTICE DATE April 15, 2004 | PAGE 1 of 1 | |

| | |
|---|---|
| ZEHAO LI 1010 SHELDON DR NEWARK DE 19711 | Notice Type:  Receipt Notice Amount received: $  160.00 Section: Other basis for adjustment |

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
 IMMIGRATION & NATURALIZATION SERVICE
 VERMONT SERVICE CENTER
 75 LOWER WELDEN STREET
 SAINT ALBANS VT 05479-0001
 **Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 11/28/03) N

**Exhibit 2.**

**Approval notice for I-140 petition for Plaintiff He Li**

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-04-144-50500 | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|
| RECEIPT DATE<br>April 15, 2004 | PRIORITY DATE<br>October 29, 2002 | PETITIONER<br>QUEST PHARMACEUTICAL SERVICES LLC |
| NOTICE DATE<br>April 6, 2005 | PAGE<br>1 of 1 | BENEFICIARY  A98 275 559<br>LI, HE |

QUEST PHARMACEUTICAL SERVICES LLC
THREE INNOVATION WAY 240
NEWARK DE 19711

**Notice Type:**  Approval Notice
Section: Mem of Profession w/Adv Deg,or
        of Exceptn'l Ability
        Sec.203(b)(2)

Courtesy Copy: Original sent to: TAN ESQ, JING

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 08/31/04) N

**Exhibit 3**

**Fingerprint notifications for Plaintiffs**

# THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | NOTICE DATE |
|---|---|
| | 02/16/2005 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|
| I485 Application to Register Permanent Resident or Adjust Status | | A098275559 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| EAC0414450517 | 3 | ESC | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

HE LI
1010 SHELDON DR
NEWARK, DE 19711



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE APPOINTED DATE AND TIME TO HAVE YOUR BIOMETRICS TAKEN.** If you are unable to appear at this time, you may go on any following Wednesday at the same time noted below, as long as you appear before 05/14/2005. If you do not have your biometrics taken by that date, your application will be considered abandoned.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS DOVER | 03/17/2005 |
| 655 SOUTH BAY ROAD | 9:00 AM |
| DOVER, DE 19901 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

| APPLICATION NUMBER | |
|---|---|
| EAC0414450517 | |

LIFE ACT PROCESSING STAMP

ASC SITE CODE: XPD
BIOMETRICS QA REVIEW BY:
157674 ON 3-16-05
TENPRINTS QA REVIEW BY:
ON

Form I-797 (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

### THE UNITED STATES OF AMERICA

| **Fingerprint Notification** | | NOTICE DATE<br>02/16/2005 |
|---|---|---|
| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A098275560 |
| APPLICATION NUMBER<br>EAC0414450539 | CODE<br>3 | SERVICE CENTER<br>ESC | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

CHANGAI ZHUO
1010 SHELDON DR
NEWARK, DE 19711



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE APPOINTED DATE AND TIME
TO HAVE YOUR BIOMETRICS TAKEN.**  If you are unable to appear at this time, you may go on any following Wednesday
at the same time noted below, as long as you appear before  05/14/2005.  If you do not have your biometrics taken by that date,
your application will be considered abandoned.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS DOVER<br>655 SOUTH BAY ROAD<br>DOVER, DE 19901 | 03/16/2005<br>1:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

**1. THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint
worksheet should accompany you.*

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER
EAC0414450539

ASC SITE CODE:  XPD
BIOMETRICS QA REVIEW BY:
15767X ON  3-16-06
TENPRINTS QA REVIEW BY:
ON

Form I-797 (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | NOTICE DATE |
|---|---|
| | 02/16/2005 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|
| I485  Application to Register Permanent Resident or Adjust Status | | A098275561 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| EAC0414450555 | 3 | ESC | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
ZEHAO LI
1010 SHELDON DR
NEWARK, DE 19711

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE APPOINTED DATE AND TIME
TO HAVE YOUR BIOMETRICS TAKEN.** If you are unable to appear at this time, you may go on any following Wednesday
at the same time noted below, as long as you appear before  05/14/2005  If you do not have your biometrics taken by that date,
your application will be considered abandoned.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS DOVER | 03/16/2005 |
| 655 SOUTH BAY ROAD | 2:00 PM |
| DOVER, DE 19901 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

**1. THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint
worksheet should accompany you.*

If you have any questions regarding this notice, please call 1-800-375-5283

APPLICANT COPY

APPLICATION NUMBER
EAC0414450555

LIFE ACT PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
157674 ON 3-16-05
TENPRINTS QA REVIEW BY:
ON

Form I-797 (Rev. 08/31/04) N

**Exhibit 4**

**Processing dates on I-485 in VSC on December 3, 2006**

U. S. Citizenship and Immigration Services

[ Print This Page ]  [ Back ]

**U.S. Citizenship and Immigration Services**
**Vermont Service Center Processing Dates**
**Posted November 17, 2006**

The U.S. Citizenship and Immigration Services processes cases in the order in which they are received. Due to the high workload, most of the time your case is pending we will be processing cases that were filed earlier than yours. This chart tells you which cases the Service Center is processing and the date the cases were received by the Service Center.

**How do I use this chart?**

Locate the type of application or petition you filed under the heading "Form" or "Form Name". Follow the form/form name across to the heading "Processing Cases with Receipt Date of". The date shown in this column represents the filing date of the application or petition that is currently being processed at this Service Center.

**When Can I Call The National Customer Service Center?**

If you filed your case 30 days or more before the date shown under the heading "Processing Cases with Receipt Date of" and you have not received a request for evidence, a decision, or another notice in the last thirty days, please call our National Customer Service Center at 1-800-375-5283.

If you received a request for evidence and you responded more than 60 days ago and have not received a decision, please call our National Customer Service Center at 1-800-375-5283.

If you have filed any of the following forms and the indicated times have passed, please call our National Customer Service Center at 1-800-375-5283.

---

Form EOIR-29: If you filed more than 60 days ago and you need to confirm that your case was sent to the Board of Immigration Appeals.

Form I-290A, Motion to Reopen or Reconsider: If you filed more than 6 months ago and you have not received a reply.

Form I-290B, Notice of Appeal to the Administrative Appeals Unit:

> Initial receipt and preliminary processing: If you filed more than 60 days ago (from the date of receipt by the Service Center), and you need to confirm that your case was sent to the Administrative Appeals Office.

> Remands and sustained decisions: If it has been more than 60 days since the date the Administrative Appeals Office notified you in writing that it remanded (sent your case back) to the Service Center or sustained the decision (decided in your favor), and you have not received a response from the Service Center.

---

Waiver of the 2-Year Foreign Residence Requirement (For waiver applications that DO NOT require Form I-612). This includes waivers based on No Objection Statements, Interested Government Agency requests, and State Health Department requests. If the Department of State's Waiver Review Division sent the favorable waiver recommendation to the Service Center more than 60 days ago, and you have not received a response from the Service Center.

Service Center Processing Dates for **Vermont** Posted November 17, 2006

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|------|-------|-----------------------------------|---------------------------------------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | May 13, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 13, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 28, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 28, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | July 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | October 31, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | October 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | July 24, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | October 16, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | September 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | September 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | September 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | September 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | September 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | April 11, 2006 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | May 13, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | March 12, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | February 26, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | March 12, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | October 07, 2006 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | October 22, 2005 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | March 12, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | August 15, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | April 01, 2006 |
| | Application for Permission to Reapply for | | |

| I-212 | Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | August 20, 2005 |
|---|---|---|---|
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | Violence Against Women Act (VAWA) | March 13, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | January 21, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | February 15, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | June 04, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | June 04, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | June 04, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | June 04, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | June 04, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | June 04, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | June 04, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | June 04, 2006 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | April 30, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | May 16, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | August 29, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | October 17, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | August 29, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | August 29, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | August 29, 2006 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | August 29, 2006 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | April 11, 2005 |
| I-821 | Application for Temporary Protected Status | El Salvador initial or late filing | May 01, 2006 |
| I-821 | Application for Temporary Protected Status | El Salvador extension | May 01, 2006 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua initial or late filing | May 01, 2006 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua extension | May 01, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | May 16, 2006 |
| N-600 | Application for Certification of Citizenship | Application for recognition of U.S. citizenship | May 16, 2006 |
| N-643 | Application for Certification of Citizenship on Behalf of an Adopted Child | Application for recognition of U.S. citizenship on behalf of an adopted child | May 16, 2006 |

[ Print This Page ]    [ Back ]

**Exhibit 5**

**USCIS letter for Plaintiff He Li's I-485**

**on November 29, 2005**

**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

 **U.S. Citizenship
and Immigration
Services**

Tuesday, November 29, 2005

HE LI
403 KING RAIL CT
MIDDLETOWN DE 19709

Dear HE LI:

On 10/14/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/10/2004 |
| **Receipt #:** | EAC-04-144-50517 |
| **Beneficiary (if you filed for someone else):** | LI, HE |
| **Your USCIS Account Number (A-number):** | A098275559 |
| **Type of service requested:** | Case Status - Outside Processing Time |
| | Change of Address |

The status of this service request is:

The address change has been applied to your application/petition.

The processing of your petition/application has been delayed. All petitions/applications received by this Service are required to have routine security checks that are resulting in delays of the adjudication of petitions/applications. We can give no definite indication of when they will be completed. We apologize for the delay.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**Exhibit 6**

**USCIS letter for Plaintiff Zehao Li's I-485**

**on November 18, 2005**

U.S. Department of Homeland Security

Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001



**U.S. Citizenship
and Immigration
Services**

Friday, November 18, 2005

ZEHAO LI
403 KING RAIL CT
MIDDLETOWN DE 19709

Dear ZEHAO LI:

On 11/04/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | LI, HE |
| **Caller indicated they are:** | A parent of the applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/15/2004 |
| **Receipt #:** | EAC-04-144-50555 |
| **Beneficiary (if you filed for someone else):** | LI, ZEHAO |
| **Your USCIS Account Number (A-number):** | A098275561 |
| **Type of service requested:** | Change of Address |

The status of this service request is:

Recently, you called us to update your address. We have updated your address in our systems. Thank you for notifying us of your change of address. If you change your address again in the future, please contact customer service at the number provided below. The processing of your case has been delayed. We are currently awaiting the results of required security checks on this case. These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

**Exhibit 7**

**USCIS letter for Plaintiff Changai Zhuo's I-485**

**on June 18, 2006**

U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001



**U.S. Citizenship
and Immigration
Services**

Sunday, June 18, 2006

CHANGAI ZHUO
403 KING RAIL CT
MIDDLETOWN DE 19709

Dear CHANGAI ZHUO:

On 06/13/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/10/2004 |
| **Receipt #:** | EAC-04-144-50539 |
| **Beneficiary (if you filed for someone else):** | ZHUO, CHANGAI |
| **Your USCIS Account Number (A-number):** | A098275560 |
| **Type of service requested:** | Change of Address |

The status of this service request is:

Recently, you called us to update your address. We have updated your address in our systems and on your application on Novembr 18, 2005. Thank you for notifying us of your change of address. If you change your address again in the future, please contact customer service at the number provided below.

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**Exhibit 8**

**USCIS letter for Plaintiff He Li's I-485**

**on June 29, 2006**



**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

**U.S. Citizenship
and Immigration
Services**

Thursday, June 29, 2006

HE LI
403 KING RAIL CT
MIDDLETOWN DE 19709

Dear HE LI:

On 06/15/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/01/2004 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | LI, HE |
| **Your USCIS Account Number (A-number):** | A098275559 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your petition/application has been delayed. All petitions/applications received by this Service are required to have routine security checks that are resulting in delays of the adjudication of petitions/applications. We can give no definite indication of when they will be completed. We apologize for the delay.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 06-29-2006 07:10 AM EDT

**Exhibit 9**

**INFOPASS appointment receipt**

**by Plaintiff He Li on June 21, 2006**



**Name:** **He Li** (3 persons)

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** DVD-06-1019

**Authentication Code:** 4f1f

**Appointment Date:** **June 21, 2006**

**Appointment Time:** **3:00 PM**

**Location:** 1305 MCD DRIVE, Dover, 19901; LOBBY

## This is your Confirmation Number:



## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### *96771*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**

**Exhibit 10**

**Plaintiffs' letter seeking assistance and inquiry result**

**by U.S. Congressman Michael N. Castle on I-485 adjudication delay**

**on behalf of Plaintiffs**

He Li
403 King Rail Court
Middletown, DE 19709
Tel: (302)378-8256

November 27, 2006

US Congressman Mike Castle
201 N. Walnut Street, Suite 107
Wilmington, DE 19801-3970

Dear Congressman Castle:

I am grateful to be able to write to you to seek your assistance in resolving the two and one-half year of pending and delay in USCIS Vermont Service Center for my family's case for adjustment to permanent resident status.

As of today, Nov. 27, 2006, Vermont Service Center is posting to process cases for I-485 (employment-based adjustment) with receipt date Feb 15, 2006 per USCIS web site information. My family's case receipt date is April 10, 2004, which is out-proportionally delayed by USCIS Vermont Service Center, and has been in this situation since early 2006.

My I-140 case was approved on April 6, 2005. For my I-485 case, in October 2005, I had called in NCSC at 1-800-375-5283 and was replied with a letter indicating the case is being processed. Obviously, currently the case has not been adjusted yet.

On June 21, 2006, I made an appointment with INFOPASS to talk with an immigration officer about my case, and was told that case is in file and pending FBI name check. Five months passed by, no adjustment of status is approved yet.

I have listed my case information as well as the information of my wife and my son, which were filed to Vermont Service Center in one packet.

Myself:
Name: He Li
Address: 403 King Rail Court, Middletown, DE 19709
DOB: Jan. 2, 1963
Country of Birth: P.R. China
Application/Petition Receipt Number: EAC-04-144-50517
A Number: A98 275 559
USCIS Office Case Filed: Vermont Service Center
Filing Date: April 10, 2004

My wife:
Name: Changai Zhuo
Address: 403 King Rail Court, Middletown, DE 19709
DOB: July. 12, 1964
Country of Birth: P.R. China
Application/Petition Receipt Number: EAC-04-144-50539
A Number: A98 275 560
USCIS Office Case Filed: Vermont Service Center
Filing Date: April 10, 2004

My son:
Name: Zehao Li
Address: 403 King Rail Court, Middletown, DE 19709
DOB: Sept. 13, 1990
Country of Birth: P.R. China
Application/Petition Receipt Number: EAC-04-144-50555
A Number: A98 275 561
USCIS Office Case Filed: Vermont Service Center
Filing Date: April 10, 2004

In light of the long delay on my case by Vermont Service Center, especially, my case receipt date is April 10, 2004, out-proportionally outside the posted receipt date of Feb 15, 2006, which Vermont Service Center is currently processing. By way of this letter, I wish bring to your attention the extreme delay in adjustment of status case for my family, and hope for your assistance in resolving the long-delayed (two and on-half years since filing in Vermont Service Center) I-485 adjustment to permanent resident status.

I enclosed three receipt notices to my family's I-485 case, my I-140 approval notice for your reference.

I declare under penalty of perjury that the foregoing is true and correct.

Sincerely,

He Li

Nov 27, 2006

MICHAEL N. CASTLE
Delaware, At-Large

COMMITTEES:
FINANCIAL SERVICES

EDUCATION AND THE WORKFORCE

CHAIRMAN:
SUBCOMMITTEE ON EDUCATION REFORM

# Congress of the United States
## House of Representatives
### Washington, DC 20515–0801

1233 Longworth House Office Building
Washington, DC 20515–0801
(202) 225–4165

DISTRICT OFFICES

201 North Walnut Street
Suite 107
Wilmington, DE 19801–3970
(302) 428–1902

300 South New Street
Suite 2005
Dover, DE 19904
(302) 736–1666 (Kent)
(302) 856–3334 (Sussex)

www.house.gov/castle/

November 30, 2006

Mr. He Li
403 King Rail Court
Middletown, DE 19709

Dear Mr. Li:

I am responding to your letter regarding your family's permanent resident status.

My staff has contacted the USCIS Vermont Service Center which has informed us that your cases are delayed due to pending name and date of birth checks by the FBI. I have directed my staff to do what they can to gather additional information on your case's status and to keep you informed.

Once again, I do sympathize with your particular situation and will do my best to see it to a satisfactory resolution.

Sincerely,

Michael N. Castle
Member of Congress

MNC: maf

**Exhibit 11**

**FBI name check inquiry e-mail and fax**

Print Message

Close this window

**From** li913@verizon.net
**Date** 2006/11/28 Tue PM 10:38:09 EST
**To** fbinncp@ic.fbi.gov
**Subject** He Li (Name Check for I-485)

Dear Sir/Madam:

Myself, my wife and my son have Immigration Petitions (I485 - Adjustment of Status) pending with the USCIS (Vermont Service Center). I would like to check on the status of the FBI Name Check portion of the processing of our applications and whether this check has been completed. Our application details are:

Myself:

Name: He Li
Alien #: A98 275 559
DOB: Jan. 02, 1963
SSN: 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
Tel: (302)378-8256
E-mail: li913@verizon.net

My Wife:

Name: Changai Zhuo
Alien #: A98 275 560
DOB: July 12, 1964
SSN: 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
Tel: (302)378-8256

My Son:

Name: Zehao Li
Alien #: A98 275 561
DOB: Spet. 13, 1990
Tel: (302)378-8256


I would appreciate it if you could let us know the status of our Name Checks. If you have any questions, please let me know.

Sincerely,

He Li

# facsimile
## TRANSMITTAL

| | |
|---|---|
| **Name:** | Renee Morton, FBI NNCP Supervisor |
| **Organization:** | FBI National Name Check Process (FBINNCP) |
| **Fax:** | (202) 324-3367 |
| **From:** | He Li |
| **Date:** | Nov. 29, 2006 |
| **Subject:** | He Li (I-485 Name Check) |
| **Priority:** | Urgent |
| **Pages:** | 1 |

**Comments:**

Myself, my wife and my son have Immigration Petitions (I485 - Adjustment of Status) pending with the USCIS (Vermont Service Center). I would like to check on the status of the FBI Name Check portion of the processing of our applications and whether this check has been completed. Our application details are:

**Myself:**
Name: He Li
Alien #: A98 275 559
DOB: Jan. 02, 1963
SSN: 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

**My Wife:**
Name: Changai Zhuo
Alien #: A98 275 560
DOB: July 12, 1964
SSN: 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

**My Son:**
Name: Zehao Li
Alien #: A98 275 561
DOB: Sept. 13, 1990

**Address:**
403 King Rail Court
Middletown, DE 19709

Tel: (302)378-8256
Fax: (302)378-8256
E-mail: li913@verizon.net

I would appreciate it if you could let us know the status of our Name Checks. If you have any questions, please let me know.

Sincerely,

He Li

From
He Li
403 King Rail Court
Middletown, DE 19709

**Exhibit 12**

**USCIS service center operations updates**

**on May 24, 2005**

Service Center Operations Updates - 05/24/05

**Fingerprint appointment notices in cases of already approved I-485 applications**

As far as biometrics is concerned in many cases the fingerprints are still valid. However at the time the fingerprints are taken, it is possible that USCIS may not have captured the photo, signature, and index fingerprint. After the approval of the I-485, the USCIS may request that an applicant appear at an ASC (Application Support Center) for biometrics capture. In a case like this the reason will be for a photo, signature and index fingerprint only. Dependents under 14 years of age will be asked to appear at an ASC for biometric photo capture purposes only.

**Applicants with newly filed I-485s and I-485s with print query results that are 15 months old or older are scheduled for the entire set of biometrics, including 10 prints, index print, photo and signature.**

Applicants with newly filed I-485s and I-485s with print query results that are 15 months old or older are scheduled for the entire set of biometrics, including 10 prints, index print, photo and signature. Dependents over 14 years of age will be scheduled for the entire set of biometrics capture. Dependents under 14 years of age will be asked to appear at an ASC only for biometric photo capture purposes. Upon approval of the I-485 at the Service Center, the adjudicator initiates card production, without recourse to ADIT processing at a district office.

**Applicants should meet the terms of the ASC notices to complete the processing of the required biometrics.**

The applicants must meet the terms of the ASC notices to complete the processing of the required biometrics. Applicants must go to the ASC's for both 10-print and index fingerprints, signatures, and photos before an I-485 case is approved. USCIS finds that children under age 14 are not appearing at the ASC when they receive the notices or when they are scheduled for photo captures. Accordingly, USCIS is in the process of changing the notices to read simply "ASC Appointment Notice." Children under the age of 14 will go to the ASCs for biometric photo capture only.

**Exhibit 13**

**Plaintiffs' case status of I-485 by USCIS on-line website**

**at https://egov.immigration.gov/cris/jsps/index.jsp**

U. S. Citizenship and Immigration Services

TEXT ONLY   HOME   WHAT'S NEW   FAQS   SEARCH   GLOSSARY   FEEDBACK   TRANSLATE   PRINTPAGE

Immigration Services
and Benefits

National Customer
Service Call Center
(NCSC)

Call Scripts and
Information

Case Status Online

Case Status
Search

Logout

My Account

My Portfolio

Change Password

## Case Status

Receipt Number: EAC0414450517

Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status: Fingerprints review completed.

Review of the fingerprints taken relating to this I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS has been completed. Processing of this case continues. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our VERMONT SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375 - 5283 or 1-800-767-1833 (TTY).

[ Return to Portfolio List ]

[ New Search ]

[ Printer Friendly Case Status ]

[ Get Acrobat Reader ]

**12-03-2006 12:37 PM EST**

# U. S. Citizenship and Immigration Services

TEXT ONLY   HOME   WHAT'S NEW   FAQS   SEARCH   GLOSSARY   FEEDBACK   TRANSLATE   PRINTPAGE

Immigration Services
and Benefits

National Customer
Service Call Center
(NCSC)

  Call Scripts and
  Information

  Case Status Online

    Case Status
    Search

    Logout

    My Account

    My Portfolio

    Change Password

## Case Status

**Receipt Number: EAC0414450539**

**Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS**

**Current Status: Fingerprints review completed.**

Review of the fingerprints taken relating to this I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS has been completed. Processing of this case continues. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our VERMONT SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

[ Return to Portfolio List ]

[ New Search ]

[ Printer Friendly Case Status ]

[ Get Acrobat Reader ]

**12-03-2006 12:38 PM EST**

# U. S. Citizenship and Immigration Services

TEXT ONLY   HOME   WHAT'S NEW   FAQS   SEARCH   GLOSSARY   FEEDBACK   TRANSLATE   PRINTPAGE

**Immigration Services and Benefits**

National Customer Service Call Center (NCSC)

  Call Scripts and Information

  Case Status Online

    Case Status Search

    Logout

    My Account

    My Portfolio

    Change Password

## Case Status

**Receipt Number: EAC0414450555**

**Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS**

**Current Status: Case received and pending.**

On April 15, 2004, we received this I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS, and mailed you a notice describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our VERMONT SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375 - 5283 or 1-800-767-1833 (TTY).

[ Return to Portfolio List ]

[ New Search ]

[ Printer Friendly Case Status ]

[ Get Acrobat Reader ]

**12-03-2006 12:38 PM EST**

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)   PLAINTIFFS

Li, He
Zhuo, Changai
Li, Zehao

### DEFENDANTS

Michael Chertoff, Secretary of the Department of Homeland Security; Emilio T. Gonzalez, Director of USCIS; Paul E. Novak, Jr. Vermont Service Center Director , USCIS; Robert S, Mueller, Director of FBI

**(b)** County of Residence of First Listed Plaintiff   New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   New Castle
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II.  BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☐ 3   Federal Question (U.S. Government Not a Party)

☒ 2   U.S. Government Defendant

☐ 4   Diversity (Indicate Citizenship of Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V.  ORIGIN   (Place an "X" in One Box Only)

☐ 1   Original Proceeding

☐ 2   Removed from State Court

☐ 3   Remanded from Appellate Court

☐ 4   Reinstated or Reopened

☐ 5   Transferred from another district (specify)

☐ 6   Multidistrict Litigation

☐ 7   Appeal to District Judge from Magistrate Judgment

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing  (Do not cite jurisdictional statutes unless diversity):
28 USC 1331, 28 USC 1361

Brief description of cause:
Mandamus action to compel USCIS to adjudicate Plaintiffs' petition, Application to Adjust To Permanent Resident Status

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII.  RELATED CASE(S) IF ANY

(See instructions):

JUDGE   Kent A. Jordan; Joseph J. Farnan,

DOCKET NUMBER   1:06-cv-00596-KAJ; 1:06-cv-00589-JJF

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 6 - - 7 3 3 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____4____ COPIES OF AO FORM 85.

*Dec. 04, 2006*

(Date forms issued)

(Signature of Party or their Representative)

*He L.*

(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
**CLERK**

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

 733

**RE:    C.A.#**_____

**CASE CAPTION:** _____ **v.**_____

# ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received _*Dec 04, 2006*_          Signed: _____
by Plaintiff:                                            Pro Se Plaintiff

Date Received _*12/04/2006*_          Signed: _____
by Clerk's office:                                        Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04