THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **He Li** )<br>**Changai Zhuo** )<br>**Zehao Li** )<br>403 King Rail Court )<br>Middletown, DE 19709 )<br>　　　　Plaintiffs ) <br>Vs.<br>**Michael Chertoff**, Secretary of the Department of )<br>Homeland Security; **Emilio T. Gonzalez**, Director of )<br>U.S. Citizenship & Immigration Services (USCIS); )<br>**Paul E. Novak, Jr.**, Vermont Service Center Director, )<br>U.S. Citizenship & Immigration Services; )<br>**Robert S. Mueller**, Director of Federal Bureau of )<br>Investigation )<br>　　　　Defendants ) | Case No: 1:06-cv-733 (JJF)<br><br>FILED<br>DEC 28 2006<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE<br><br>to scanned |

# CERTIFICATE OF SERVICE

On December 5th, 2006, I, He Li, the undersigned, served the within:

The SUMMONS IN A CIVIL CASE and a copy of plaintiffs'
COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS AND DECLARATORY
JUDGEMENT

on each person/entity listed below addressed as follows:

　　　　by Certified Mail with Return Receipt
　　　　**United States Attorney's Office**
　　　　**District of Delaware**
　　　　P.O. Box 2046
　　　　Wilmington, DE 19899

　　　　by Certified Mail with Return Receipt
　　　　**Attorney General**
　　　　U.S. Department of Justice
　　　　950 Pennsylvania Ave. NW
　　　　Washington, DC 20530-0001

1

**Receipt 1** (7005 3110 0002 6762 6617)
- Postage: $2.55
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.80
- Postmark: DEC -5 2006, NEWARK DE
- Sent To: Attorney General, U.S. Dept of Justice
- Street: 950 Pennsylvania Ave, N.W.
- City: Washington, DC 20530-0001

**Receipt 2** (7005 3110 0002 6762 7393)
- Postage: $2.55
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.80
- Postmark: DEC -5 2006, NEWARK DE
- Sent To: United States Attorney's Office, District of Delaware
- Street: P.O. Box 2046
- City: Wilmington, DE 19899

**Receipt 3** (7005 3110 0002 6762 6549)
- Postage: $2.79
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $7.04
- Postmark: DEC -5 2006, NEWARK DE
- Sent To: Emilio T. Gonzalez, Director of USCIS
- Street: Office of the General Counsel, US Dept Homeland Security
- City: Washington, DC 20528

**Receipt 4** (7005 3110 0002 6762 7362)
- Postage: $2.55
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.80
- Postmark: DEC -5 2006, NEWARK DE
- Sent To: Michael Chertoff, Secretary of Homeland Security, Office of the General Counsel
- Street: U.S. Dept of Homeland Security
- City: Washington, DC 20528

**Receipt 5** (7005 3110 0002 6762 7386)
- Postage: $2.55
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.80
- Postmark: DEC -5 2006, NEWARK DE
- Sent To: Robert S. Mueller, Director of FBI
- Street: Office of General Counsel of FBI, 935 Pennsylvania Ave, NW
- City: Washington, DC 20535-0001

**Receipt 6** (7005 3110 0002 6762 6556)
- Postage: $2.55
- Certified Fee: $2.40
- Return Receipt Fee: $1.85
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.80
- Postmark: DEC -5 2006, NEWARK DE
- Sent To: Paul E. Novak, Jr. VSC Director, USCIS
- Street: Office of the General Counsel, US Dept of Homeland Security
- City: Washington, DC 20528

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, DE 19899

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Justin_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Justin Frohlich
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0002 6762 7393

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
DEC 11 2006

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0002 6762 6617

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Chertoff
Secretary of the Dept. of
Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Megan [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)
DEC 2 0 2006
C. Date of Delivery

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0002 6762 7362

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Emilio T. Gonzalez
Director of USCIS
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 3110 0002 6762 6549

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Paul E. Novak, Jr.
Vermont Service Center Director
USCIS
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 3110 0002 6762 6556

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D.W. Jonston    12-8-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Robert S. Mueller
Director of FBI
Office of General Counsel of FBI
953 Pennsylvania Ave. NW
Washington, DC 20535-0001

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 3110 0002 6762 7386

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

From: He Li
403 King Rail CT
Middletown, DE 19709


7006 2760 0005 2094 2585
CERTIFIED MAIL


7006 2760 0005 2094 2585


U.S. POSTAGE
MIDDLETOWN, DE 19709
DEC 27 '06
AMOUNT
$3.75
00030185-04

To: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570


ReadyPost
Photo Document Mailer