IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HE LI, CHANGAI ZHUO, and ZEHAO LI : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> MICHAEL CHERTOFF, Secretary of the : <br> Department of Homeland Security, EMILIO : <br> T. GONZALEZ, Director of U.S. : <br> Citizenship & Immigration Services : <br> (USCIS); PAUL E. NOVAK, JR., Vermont : <br> Service Center Director, U.S. Citizenship & : <br> Immigration Services; ROBERT S. : <br> MUELLER, Director of Federal Bureau of : <br> Investigation, : <br> : <br> Defendants. : | C.A. No. 06-733-JJF |

**ORDER**

AND NOW, this ___1___ day of ___March___, 2007, upon consideration of the Defendants' Motion to Extend Time to Answer, and all papers filed in support thereof and opposition thereto, good cause having been show for the requested extension, it is ORDERED that the Motion is GRANTED and the Defendants must respond to the Complaint on or before April 13, 2007.

_/s/ Joseph J. Farnan_
UNITES STATES DISTRICT JUDGE