IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

```
x-----------------------------x
                              :
                              :
HE LI, CHANGAI ZHUO, and      :
ZEHAO LI,                     :
                              :
     Plaintiffs               :   Civil Action No. 06-733-JJF
                              :
v.                            :
                              :
MICHAEL CHERTOFF, et al.,     :
                              :
                              :
     Defendants.              :
                              :
x-----------------------------x
```

## MOTION OF DEFENDANTS TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), the Government respectfully moves to dismiss for want of subject matter jurisdiction, for the reasons set forth in the attached supporting legal memorandum.

                              Respectfully Submitted,

                              COLM F. CONNOLLY
                              United States Attorney

                By:   /s/ Seth M. Beausang
                      Seth M. Beausang (I.D. No. 4071)
                      Assistant United States Attorney
                      The Nemours Building
                      1007 Orange Street, Suit 700
                      Wilmington, DE 19801
                      (302) 573-6277

## CERTIFICATE OF SERVICE

I hereby certify this 11th day of April, 2007, that a copy of the foregoing Government's Motion to Dismiss and Memorandum in support therof, and Proposed Order was served by United States Mail, postage prepaid, first-class on:

> He Li
> Changai Zhuo
> Zehao Li
> 403 King Rail Court
> Middletown, DE  19709


                                          /s/ Seth M. Beausang
                              Assistant United States Attorney

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

x------------------------------x
:
:
HE LI, CHANGAI ZHUO, and :
ZEHAO LI, :
:
    Plaintiffs      :    Civil Action No. 06-733-JJF
:
v. :
:
MICHAEL CHERTOFF, et al.,:
:
:
    Defendants.    :
:
x------------------------------x

## O R D E R

AND NOW, this _____ day of _____, 2007, the United States having filed a motion to dismiss, and the Court having considered the memoranda and other materials submitted in support thereof and in opposition thereto, and the Court having determined that it lacks subject matter jurisdiction, IT IS HEREBY ORDERED THAT:

    1. The Motion is GRANTED.

    2. This case is DISMISSED WITHOUT PREJUDICE.


                                    _____
                                    UNITED STATES DISTRICT JUDGE