IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HE LI, CHAGAI ZHUO, and :
ZEHAO LI, :
                                    :
          Plaintiffs, :
                                    :
     v.                             :     Civil Action No. 06-733-JJF
                                    :
MICHAEL CHERTOFF, ET AL., :
                                    :
          Defendants. :

## ORDER

WHEREAS, on April 11, 2007, Defendants filed a Motion To Dismiss (D.I. 6);

WHEREAS, Plaintiffs' Answering Brief to the Motion To Dismiss was due April 30, 2007;

WHEREAS, to date, Plaintiffs have failed to file an Answering Brief to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiffs shall file an Answering Brief to the Motion **no later than Friday, May 11, 2007.** If Plaintiff fails to file a response, the Court will decide the Motion on the papers submitted.

May ___, 2007

_____
UNITED STATES DISTRICT JUDGE