IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HE LI, CHANGAI ZHUO, and ZEHAO LI : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> MICHAEL CHERTOFF, Secretary of the : <br> Department of Homeland Security, EMILIO : <br> T. GONZALEZ, Director of U.S. : <br> Citizenship & Immigration Services : <br> (USCIS); PAUL E. NOVAK, JR., Vermont : <br> Service Center Director, U.S. Citizenship & : <br> Immigration Services; ROBERT S. : <br> MUELLER, Director of Federal Bureau of : <br> Investigation, : <br> : <br> Defendants. : | C.A. No. 06-733-JJF |

**AMENDED MOTION TO DISMISS**

Defendants, through their undersigned counsel, respectfully move, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), to dismiss Plaintiffs' Complaint. In support of this Motion, the Court is respectfully referred to the accompanying Memorandum of Points and Authorities. A proposed Order has been filed at Doc. No. 6.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

                  /s/ Seth M. Beausang
                Seth M. Beausang (I.D. No. #4071)
                Assistant United States Attorney
                1007 N. Orange Street, Suite 700
                Wilmington, Delaware 19801
Dated: May 8, 2007.          (302) 573-6277

## CERTIFICATE OF SERVICE

      I, Seth M. Beausang, hereby attest under penalty of perjury that on this 8th day of May, 2007, I caused two copies of Defendants' Amended Motion to Dismiss, Memorandum of Points and Authorities in Support Thereof and Proposed Order to be served on the Plaintiffs by First Class Mail at the following address:

He Li
Changai Zhuo
Zehao Li
403 King Rail Court
Middletown, DE 19709
(302)378-8256
PRO SE

                              /s/ Seth M. Beausang
                              Seth M. Beausang (DE I.D. No. 4071)