IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HE LI, CHANGAI ZHUO, and ZEHAO LI : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> MICHAEL CHERTOFF, Secretary of the : <br> Department of Homeland Security, EMILIO : <br> T. GONZALEZ, Director of U.S. : <br> Citizenship & Immigration Services : <br> (USCIS); PAUL E. NOVAK, JR., Vermont : <br> Service Center Director, U.S. Citizenship & : <br> Immigration Services; ROBERT S. : <br> MUELLER, Director of Federal Bureau of : <br> Investigation, : <br> : <br> Defendants. : | C.A. No. 06-733-JJF |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANTS' AMENDED MOTION TO DISMISS**

 

COLM F. CONNOLLY
United States Attorney

By: Seth M. Beausang (I.D. No. #4071)
    Assistant United States Attorney
    1007 N. Orange Street, Suite 700
    Wilmington, Delaware 19801
Dated: May 8, 2007.    (302) 573-6277

1.	On April 10, 2004, Plaintiffs He Li, Changai Zhuo, and Zehao Li filed a I-485 application (the "Application") asking the United States Attorney General to adjust their immigration status to that of permanent residents. (Compl. ¶ 12.) On December 4, 2006, Plaintiffs appeared pro se and filed the present action seeking a writ of mandaums to compel Defendants[1] to "properly adjudicate Plaintiffs' [I-485] application," "provide Plaintiffs with Notice of Approval" of that application, and asking the Court to grant such other relief "as justice may require." (*Id.* ¶ 29.)

2.	On April 11, 2007, Defendants filed a Motion to Dismiss Plaintiffs' Complaint and a Memorandum in Support Thereof. (Doc. Nos. 6, 7.) The Memorandum stated that the I-485 Applications for Plaintiffs He Li and Changai Zhuo had been approved and that those approvals were attached as exhibits. (Doc. No. 7 at 4.) Apparently those exhibits were not docketed, but they are attached hereto as Exhibits A and B.

3.	The Defendants' Memorandum also stated that the I-485 Application for Plaintiff Zehao Li had not yet been approved. On April 30, 2007, the I-485 Application for Plaintiff Zehao Li was approved, and a copy of that approval is attached hereto as Exhibit C.

4.	Plaintiffs' Complaint should therefore be dismissed for lack of subject matter jurisdiction. Because Plaintiffs have obtained the relief they seek, Plaintiffs' Complaint should be dismissed as moot. *See, e.g.*, *Shi v. Chertoff*, No. 06-CV-0470-CVE-FHM, 2006 WL 3253107, at *1 (N.D. Okla. Nov. 8, 2006) ("Plaintiff filed her I-485 and applied for permanent residence on October 2, 2002. She filed this action on September 11, 2006 on the ground that

---

[1] The Defendants are Michael Chertoff, Secretary of the Department of Homeland Security; Emilio T. Gonzalez, Director of U.S. Citizenship & Immigration Services ("USCIS"); Paul E. Novak, Jr., Vermont Service Center Director, USCIS; and Robert S. Mueller, Director of Federal Bureau of Investigation.

defendants improperly delayed the processing of her application. However, the United States Citizenship and Immigration Services ("CIS") has approved her application. See Dkt. # 13, Ex. A. Since there is no further substantive relief sought by plaintiff, this action is moot, and the Court dismisses the action for lack of subject matter jurisdiction.").

5.  For the foregoing reasons, and as further explained in the Government's Motion to Dismiss (Doc. Nos. 6, 7), the Government respectfully requests that the Court dismiss Plaintiffs' Complaint.

DATED: May 8, 2007.

                                    Respectfully Submitted,

                                    COLM F. CONNOLLY
                                  United States Attorney

                    By:   /s/ Seth M. Beausang
                         Seth M. Beausang (I.D. No. 4071)
                         Assistant United States Attorney
                         The Nemours Building
                         1007 Orange Street, Suit 700
                         Wilmington, DE 19801
                         (302) 573-6277

## CERTIFICATE OF SERVICE

      I, Seth M. Beausang, hereby attest under penalty of perjury that on this 8th day of May, 2007, I caused two copies of Defendants' Amended Motion to Dismiss, Memorandum of Points and Authorities in Support Thereof and Proposed Order to be served on the Plaintiffs by First Class Mail at the following address:

He Li
Changai Zhuo
Zehao Li
403 King Rail Court
Middletown, DE 19709
(302)378-8256
PRO SE


                                                /s/ Seth M. Beausang
                                        Seth M. Beausang (DE I.D. No. 4071)

EXHIBIT A

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053
Form I-485, Application to Register Permanent Residence or Adjust Status

**START HERE - Please Type or Print**

### Part 1. Information about you.

Family Name: LI
Given Name: HE
Middle:

Address - C/O

Street Number and Name: ~~1010 SHELDON DR.~~ 403 King P...] CH
Apt. #:
City: ~~NEWARK~~ Middletown
State: DE
Zip Code: ~~19711~~ 19709
Date of Birth (month/day/year): 1/2/1963
Country of Birth: CHINA
Social Security #: 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
A # (if any): N/A 98275559
Date of Last Arrival (month/day/year): 8/16/1998
I-94 #: 06596880707
Current INS Status: H1B
Expires on (month/day/year): 6/4/2005

### Part 2. Application Type. (check one) NRC15U+242604-14.4

applying for adjustment to permanent resident status because:

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application will give me an immediately available visa number if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category which allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [attach a copy of the fiance(e) petition approval notice and the marriage certificate].

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☒ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)
I AM FILING I-140 TOGETHER WITH I-485

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever is later, and: (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.
j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**FOR INS USE ONLY**

Returned:
Receipt:
Resubmitted:
Reloc Sent:
Reloc Rec'd:
☐ Applicant Interviewed

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☒ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other ____

Country Chargeable: China

**Eligibility Under Sec. 245**
☒ Approved Visa Petition    035
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other ____

Preference: EZ6   10/29/02


APPROVED
FEB 26 2007
Janet Danforth

Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant
VOLAG#

ATTY State License #

Continued on back.

Form I-485 (Rev. 02/07/00)N Page 1

EXHIBIT B

Case 1:06-cv-00733-JJF   Document 10-3   Filed 05/08/2007   Page 1 of 2

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0053
**Form I-485, Application to Register Permanent Residence or Adjust Status**

### START HERE - Please Type or Print

#### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name: ZHUO | Given Name: CHANGAI | Middle |

Address - C/O

Street Number and Name: ~~1010 SHELDON DR.~~ 403 King Rail Ct   Apt. #

City: ~~NEWARK~~ Middletown

State: DE

Zip Code: ~~19711~~ 19709

Date of Birth (month/day/year): 7/12/1964

Country of Birth: CHINA

Social Security #: 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

A # (if any): N/A 98275560

Date of Last Arrival (month/day/year): 8/30/1994

I-94 #: 75670819703

Current INS Status: F1

Expires on (month/day/year): 5/31/2005

#### Part 2. Application Type. (check one)  NRC1S Ut24260 4.14.4

I applying for adjustment to permanent resident status because:

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application will give me an immediately available visa number if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category which allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [attach a copy of the fiance(e) petition approval notice and the marriage certificate].

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☒ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)
**MY HUSBAND HAS FILED I-140 TOGETHER WITH I-485**

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever is later, and: (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**FOR INS USE ONLY**

Returned:

Receipt:

Resubmitted:

Reloc Sent:

Reloc Rec'd:

☐ Applicant Interviewed

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☒ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**
China

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☒ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

Preference E27  10/29/02

Action Block:

U.S. Department of Homeland Security
**APPROVED**
FEB 27 2007
Janet Danforth
001-45_
U.S. Citizenship and Immigration Services

**To Be Completed by Attorney or Representative, if any**
☐ Fill in box if G-28 is attached to represent the applicant
VOLAG#

ATTY State License #

EXHIBIT C

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0053
Form I-485, Application to Register
Permanent Residence or Adjust Status

**START HERE - Please Type or Print**

| FOR INS USE ONLY |

### Part 1. Information about you.

Family Name: LI   Given Name: ZEHAO   Middle:

Address - C/O

Street Number and Name: ~~1010 SHELDON DR.~~ 403 King Rd   Apt. # CH

City: ~~NEWARK~~ Middletown

State: DE   Zip Code: ~~19711~~ 19709

Date of Birth (month/day/year): 9/13/1990   Country of Birth: CHINA

Social Security #: N/A   A # (if any): N/A 98275561

Date of Last Arrival (month/day/year): 8/16/1998   I-94 #: 06596881607

Current INS Status: H4   Expires on (month/day/year): 6/4/05

### Part 2. Application Type. (check one)   NRC15 U424260 4.14.4

I am applying for adjustment to permanent resident status because:

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice -- or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application will give me an immediately available visa number if approved.)

b. ☒ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category which allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [attach a copy of the fiance(e) petition approval notice and the marriage certificate].

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☒ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)
MY FATHER FILED I-140 TOGETHER WITH I-485.

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever is later, and: (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**FOR INS USE ONLY**

Returned / Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☒ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**
China

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☒ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

Preference: E28 10/29/02


U.S. Department of Homeland Security
★ APPROVED ★
APR 30 2007
Janet Danforth
001459

Attorney or Representative, If any
☐ Fill in box if G-28 is attached to represent the applicant
VOLAG#

ATTY State License #