THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **He Li** ) | |
| **Changai Zhuo** ) | Case No: 06-733-JJF |
| **Zehao Li** ) | |
| 403 King Rail Court ) | |
| Middletown, DE 19709 ) | |

Plaintiffs )

Vs.

**Michael Chertoff**, Secretary of the Department of  )

Homeland Security; **Emilio T. Gonzalez**, Director of)

U.S. Citizenship & Immigration Services (USCIS);  )

**Paul E. Novak, Jr.,** Vermont Service Center Director,)

U.S. Citizenship & Immigration Services;          )

**Robert S. Mueller**, Director of Federal Bureau of  )

Investigation                           )

Defendants )

VOLUNTARY DISMISSAL OF COMPLAINT

On December 3, 2006, plaintiffs filed a complaint for a writ of mandamus, in seeking adjudication of their application for adjustment of status. As of May 7, 2007, plaintiffs applications were approved. Accordingly, plaintiffs received the relief they sought, and voluntarily withdraw the complaint.

Date: May 7, 2007

Respectfully submitted,

He Li, Changai Zhuo and Zehao Li
Plaintiffs, *Pro Se*
403 King Rail Court
Middletown, DE 19709
Telephone (302) 378-8256

THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**He Li**                                          )

**Changai Zhuo**                                   )        Case No:  06-733-JJF  _____

**Zehao Li**                                       )

403 King Rail Court                                )

Middletown, DE 19709                               )

                        Plaintiffs    )

Vs.

**Michael Chertoff**, Secretary of the Department of  )

Homeland Security; **Emilio T. Gonzalez**, Director of)

U.S. Citizenship & Immigration Services (USCIS);  )

**Paul E. Novak, Jr.**, Vermont Service Center Director,)

U.S. Citizenship & Immigration Services;           )

**Robert S. Mueller**, Director of Federal Bureau of  )

Investigation                                      )

                        Defendants    )

CERTIFICATE OF SERVICES

IT IS HEREBY CERTIFIED that:

A copy of foregoing voluntary dismissal of the complaint was on this date served upon defendants and counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to:

Alberto Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Michael Chertoff
Secretary of the Department of Homeland Security
Office of the General Counsel

U.S. Department of Homeland Security
Washington, DC 20528

Bobert S. Mueller
Director of FBI
935 Pennsylvania Ave, NW
Washington, DC 20535-0001

United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, DE 19899

Emilio T. Gonzalez
Director of USCIS
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Paul E. Novak, Jr.
Vermont Service Center Director, USCIS
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Date: May 8, 2007

                                        Respectfully submitted,

                                        He Li,
                                        Plaintiff, *Pro Se*
                                        403 King Rail Court
                                        Middletown, DE 19709
                                        Telephone (302) 378-8256
                                        Li913@verizon.net

He Li
463 King Rail Court
Middletown, DE 19709

WILMINGTON DE 197
00 MAY 2007PM 5 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570